IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00792-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

   Plaintiff,

v.

JOHN DOES 1-9,

   Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 2 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on June 4, 2015 (ECF No. 12), it is

ORDERED that Defendant John Doe 2 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

   Dated:  June 8, 2015

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge