IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00792-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1, 3-9,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 6 and John Doe 7 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on August 3, 2015 (ECF No. 14), it is

ORDERED that Defendants John Doe 6 and John Doe 7 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  August 10, 2015

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge