IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00792-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1, 3-5, 8-9,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 1, John Doe 3, John Doe 4, and John Doe 8 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on September 24, 2015 (ECF No. 22), it is

ORDERED that Defendants John Doe 1, 3, 4, and 8 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  September 25, 2015

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge