IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00792-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 5 and 9,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant John Doe 5 and the Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on October 13, 2015 (ECF No. 25).  The Court, having reviewed the Notice and being fully advised in the premises.

ORDERS that Defendant John Doe 5 and this action are **DISMISSED WITHOUT PREJUDICE**.

Dated:  October 13, 2015

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge